✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 2 3 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ________________ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Anthony Marquez,<br>Defendant. | CR-15-760-PHX-DGC (DKD)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1791(a)(2), (b)(1) and (d)(1)(C)<br>(Possessing Contraband in Prison)<br>Count 1 |

THE GRAND JURY CHARGES:

On or about January 27, 2014, in the District of Arizona, the defendant, ANTHONY MARQUEZ, an inmate in Federal Correctional Institution, Phoenix, Arizona, did possess a prohibited object, that is, heroin, a narcotic drug.

In violation of Title 18, United States Code, Sections 1791(a)(2), (b)(1) and (d)(1)(C).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: June 23, 2015

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
ALISON S. BACHUS
Special Assistant U.S. Attorney