✓ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 9 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_______________ DEPUTY

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

[redacted]

United States of America
v.
Anthony Marquez

Defendant

Case No. CR-15-760-PHX-DGC (DKD)

2015 JUN 24 AM 10: 11

RECEIVED
US MARSHALS SERVICE
DIST-AZ PHOENIX

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Anthony Marquez, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1791(a)(2), (b)(1), and (d)(1)(C) -- Possessing Contraband in Prison

Date: 06/24/2015

[signature]
*Issuing officer's signature*

City and state: ________________

Brian D Karth, Clerk of Court/DCE
*Printed name and title*

**Return**

This warrant was received on *(date)* 10-24-2015, and the person was arrested on *(date)* 10-26-2015 at *(city and state)* Albuquerque, N.M.

Date: 10-26-2015

SDUSM STERLING T. CARTER
*Arresting officer's signature*

Arrested by FBI
*Printed name and title*