✓ FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 1 6 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Anthony Marquez,

Defendant.

**No. CR-15-00760-PHX-DGC**

**CONSENT OF DEFENDANT**

After full consultation with counsel, I voluntarily consent to go forward with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required)

before the United States Magistrate Judge.

Dated this 16th day of May, 2016.

Anthony Marquez
Defendant

Counsel for Defendant

Gayle L Helart
Assistant U.S. Attorney